IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARCHER & GREINER, A Professional Corporation,**<br><br>Plaintiff,<br><br>vs.<br><br>**BRAIN-PAD INCORPORATED, f/k/a WIPSS PRODUCTS, INC., XYZ COMPANIES 1-20 (fictitious names), and JOHN DOES 1-20 (fictitious names), individually, jointly, severally, and in the alternative,**<br><br>Defendants. | Civil Action<br><br>No. 14-4918<br><br>Stipulation and Consent Judgment For Sum Certain in the Amount of $322,000.00 |

### CONSENT JUDGMENT FOR A SUM CERTAIN IN THE AMOUNT OF $322,000.00 IN FAVOR OF ARCHER & GREINER, P.C.

The Parties Having Conferred in the presence of the Court by telephonic means on April 5, 2017, the Following Order shall be entered by Consent in this Civil Action:

AND NOW, this _10th_ day of April, 2017, it hereby **ORDERED and DECREED** that judgment, by **CONSENT**, in the amount of Three Hundred Twenty Dollars and Zero Cents ($322,000.00), is hereby entered in favor of Archer & Greiner, P.C, and Against BRAIN-PAD INCORPORATED, f/k/a WIPSS PRODUCTS, INC.

*Carol S. Wells*

Carol Sandra Moore Wells, Mag. J.